**E-FILED on** 8/22/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAFAYETTE HAYES,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. WILLIAMS, et al.,<br><br>    Defendants. | No. C-05-00070 RMW<br><br>ORDER TO SHOW CAUSE<br><br>**[Re Docket No. 16]** |

    Plaintiff, who was originally proceeding *pro se* but is now represented by counsel, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against medical personnel at San Quentin State Prison. While plaintiff was proceeding *pro se*, the court order that plaintiff's amended complaint be served on defendants on April 10, 2006. To date, defendants have not answered and plaintiff, now represented by counsel, asks the court to issue an order to show cause.

    The court orders defendants to respond to plaintiff's complaint or to show cause by written declaration on or before September 7, 2007 why they have not responded to plaintiff's complaint. Plaintiff shall be responsible for serving this order on defendants.

DATED:  8/22/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—C-05-00070 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

James L. Armstrong      jla@theaccidentallawyer.com

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      8/22/07                              /s/ MAG
                                          **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—C-05-00070 RMW
MAG                                                              2