1  **STEVEN R. JACOBSEN**
   BAR NO. 95246
2  **BRENDA D. POSADA**
   BAR NO. 152480
3  LAW OFFICES OF STEVEN R. JACOBSEN
   901 CLAY STREET
4  OAKLAND, CALIFORNIA 94607
   (510) 465-1500
5
   ATTORNEYS FOR PLAINTIFF
6  LAFAYETTE HAYES

7  California Attorney General's Office
   John P. Devine (SBN 170773)
8  Deputy Attorney General                    ***E-FILED - 10/28/08***
   455 Golden Gate Avenue, Suite 11000
9  San Francisco, CA  94102
   Tel. (415) 703-5522
10 Fax (415) 703-5480

11 Attorney for Defendants

12                IN THE UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14
   LAFAYETTE HAYES,                 ) **Case No.: C 05-0070 RMW (PR)**
15                                   )
              Plaintiff,             ) **STIPULATION REGARDING**
16                                   ) **CONTINUATION OF ENE**
       vs.                           ) **CONFERENCE** AND ORDER
17                                   )
   DR. WILLIAMS, et. al.,            )
18                                   )
              Defendants.            )
19 _____  )

20

21     The parties to the above-entitled action stipulate to the continuation of the ENE conference in

22 this case.  The ENE staff attorney contacted both counsel notifying us that due to some clerk error

23 she did not receive this Court's Order sending this case to ENE until first week in October, almost 30

24 days after the date of the order.  For said reason, she felt that it would be best to request this Court to

25 continue the last day to conduct ENE to sometime at the end of February.  Both parties agree that it

26 \\\

27 \\\

28

**STIPULATION REGARDING CONTINUATION OF ENE CONFERENCE**
C-05-0070-RMW (PR)
-1-

1  would be in their best interest to stipulate to said continuance.

2  DATED: October 22, 2008                LAW OFFICES OF STEVE R. JACOBSEN

4                                          By:  /s/ Brenda D. Posada
                                                BRENDA D. POSADA
                                                Attorney for Plaintiff

6  DATED: October 22, 2008                CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                           By:  /s/ John P. Devine
                                                JOHN P. DEVINE
                                                DEPUTY ATTORNEY GENERAL
                                                Attorney for Defendants

**[] Order**

Both parties having stipulated, the court hereby extends the last day to participate in ENE until 2/28, 2009.

DATED: October 28, 2008            _/s/_ for
                                   Honorable Ronald M. Whyte