EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
JOHN P. DEVINE, State Bar No. 170773
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5522
 Fax:  (415) 703-5480
 Email:  John.Devine@doj.ca.gov

*E-FILED - 12/4/08*

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **LAFAYETTE HAYES,**<br><br>                               Plaintiff,<br><br>       v.<br><br>**DR. WILLIAMS, et al.,**<br><br>                               Defendants. | Case No.  C 05-0070-RMW(PR)<br><br>**[] ORDER**<br>**CONTINUING FURTHER CASE**<br>**MANAGEMENT CONFERENCE** |

   IT IS ORDERED that the date for a further case management conference be continued from December 5, 2008, to  March 13, 2009, at 10:30 a.m.

Date: 12/4/08

*Ronald M. Whyte*
HONORABLE RONALD WHYTE
Judge of the United States District Court