**E-FILED on** 09/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAFAYETTE HAYES | No. C-05-00070 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| DR. WILLIAMS, et. al., | |
| Defendants. | |

On September 15, 2009 the court granted the motion of defendants Dr. William E. Williams, Dr. John Christensen and Dr. Jessica Clarke for summary judgment. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendants Dr. William E. Williams, Dr. John Christensen and Dr. Jessica Clarke and against plaintiff Lafayette Hayes and that plaintiff take nothing by way of his complaint.

Dated:  09/15/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-05-00070 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| James L. Armstrong | jla@theaccidentlawyer.com |
| Steven Richard Jacobsen | srg@theaccidentlawyer.com |
| Brenda Dalila Posada | bdp@theaccidentlawyer.com |

**Counsel for Defendants:**

| | |
|---|---|
| John P. Devine | john.devine@doj.ca.gov |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     09/15/09                                                     JAS
                                                                                   **Chambers of Judge Whyte**

*United States District Court*
*For the Northern District of California*